# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-19-00499-CR

---

**Brian Lee Velasquez, Appellant**

**v.**

**The State of Texas, Appellee**

---

#### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
#### NO. CR2016-722, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due October 11, 2019. On counsel's motion, the time for filing was extended to December 10, 2019. Appellant's counsel has now filed a second motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than January 24, 2020. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on January 7, 2020.

Before Chief Justice Rose, Justices Baker and Triana

Do Not Publish